THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD SCHOCK,

    Plaintiff,

v.                                            3:22-CV-1669
                                              (JUDGE MARIANI)
PATRICIA CORBETT,

    Defendant.

FILED SCRANTON
FEB 03 2023
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 3rd DAY OF FEBRUARY 2023, upon review of Magistrate Judge William Arbuckle's Report and Recommendation ("R&R") (Doc. 7) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 7) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** without leave to amend for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

_____
Robert D. Mariani
United States District Judge